# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 620 MAL 2016
:
          Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
      v. :
:
:
:
CALVIN BARTHOLOMUE LYNCH, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.